# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania Department of Health, : 
                  Petitioner : 

                      : 

          v. :    1066 C.D. 2021

                      : 

Ed Mahon and Spotlight PA (Office of : 
Open Records), : 
                 Respondents : 

## O R D E R

**AND NOW,** this 18th day of October, 2022, it is ordered that the above-captioned Memorandum Opinion, filed August 19, 2022, shall be designated OPINION and shall be REPORTED.

 

                               **_____**
                               **Bonnie Brigance Leadbetter,**
                               **President Judge Emerita**